# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **VERNA IP HOLDINGS, LLC,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:25-cv-00072** |
| **v.** | ) | |
| | ) | |
| **SINGLEWIRE SOFTWARE, LLC,** | ) | **JURY TRIAL DEMANDED** |
| **Defendant.** | ) | |

**PLAINTIFF'S PROOF OF STANDING**

Verna IP Holdings, LLC., ("Verna") files this Proof of Standing cover pleading with the attachments of a declaration of an inventor and member of Plaintiff, Luis Ortiz, to authenticate a true and correct copy of the relevant patent assignments for U.S. Pat. No. 11,403,932. Such assignment records are believed to establish standing.

Respectfully submitted,

**Ramey LLP**


<u>/s/ William P. Ramey, III</u>
William P. Ramey, III
Texas State Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

***Attorneys for Verna IP, LLC***


**<u>CERTIFICATE OF SERVICE</u>**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of May 19, 2025, with a copy of the foregoing via e-mail.

/s/William P. Ramey, III
William P. Ramey, III

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **VERNA IP HOLDINGS, LLC,**<br>**Plaintiff,** | ) ) | |
| | ) | **Civil Action No. 3:25-cv-00072** |
| v. | ) ) | |
| **SINGLEWIRE SOFTWARE, LLC,**<br>**Defendant.** | ) ) | **JURY TRIAL DEMANDED** |

**DECLARATION OF LUIS ORTIZ**

I, Luis Ortiz, declare:

1. My name is Luis Ortiz, and I am over the age of eighteen and competent to make this declaration. The facts stated herein are within my personal knowledge. If called upon, I could and would testify competently to them. I am currently a managing member of Plaintiff Verna IP Holdings, LLC.
2. Exhibit A to this Declaration is a true and correct copy of the patent assignments for U.S. Pat. No. 11,403,932, establishing standing for Verna IP Holdings, LLC as plaintiff in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 19th day of May, 2025 in Albuquerque, New Mexico.

______________________________

Luis Ortiz

**EXHIBIT A**

**ASSIGNMENT**

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor(s),

**VERNA IP HOLDINGS LLC**
a limited liability corporation organized and existing under the laws of New Mexico USA
and doing business at 117 Bryn Mawr Drive SE, Albuquerque, New Mexico, 81706

hereby assign(s) and agree(s) to assign to Assignee,

**VERNA IP HOLDINGS LLC**
a limited liability corporation organized and existing under the laws of Texas USA
and doing business at 5900 Balcones Drive, Suite 100, Austin, Texas, 78731

the entire right, title, and interest in and to:

(1) the following patent(s) and/or application(s):

| Patent or Application Number |
|---|
| 11,402,932 |
| 10,769,923 |
| 10,282,960 |
| 9,883,001 |
| 8,970,400 |
| 8,265,938 |
| 7,596,759 |
| 17/855,016 |
| 14/633,709 |
| 13/933,714 |

(2) the invention(s) disclosed in said patent(s) and/or application(s) and improvements thereto, along with the authorization for Assignee to apply for patent protection in its own name;

(3) all other applications and patents for said invention(s) including domestic and foreign, provisional and non-provisional, divisionals, continuations, continuations-in-part, extensions, renewals, reexams, reissues, substitutions, utility models, design registrations, inventor certificates, and other similar forms of protection;

(4) the right to claim priority to each of the foregoing;

(5) the right to sue for past and future infringement; and

(6) all rights of action for unauthorized use including the right to bring proceedings to obtain damages for infringement of the foregoing, whether such infringement occurs before or after the date of this assignment.

Assignor(s) further agree to sign all papers and perform such other actions as may be reasonably necessary to give Assignee the full benefit of this agreement.

**ASSIGNOR: VERNA IP HOLDINGS LLC**

| Name | Title | Date | Signature |
|---|---|---|---|
| Luis M. Ortiz | President<br>Managing Member | 10/11/23 | [signature] |
| Kermit D. Lopez | Secretary and Treasurer<br>Managing Member | 10/11/2023 | Kermit Lopez [signature] |

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| | |
|---|---|
| SUBMISSION TYPE: | NEW ASSIGNMENT |
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Anthony Verna | 12/02/2011 |
| Luis M. Ortiz | 12/02/2011 |
| Kermit D. Lopez | 12/02/2011 |

RECEIVING PARTY DATA

| | |
|---|---|
| Name: | Verna IP Holdings, LLC |
| Street Address: | 117 Bryn Mawr Dr. SE |
| City: | Albuquerque |
| State/Country: | NEW MEXICO |
| Postal Code: | 87106 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 13324118 |

OP $40.00 13324118

CORRESPONDENCE DATA

Fax Number: (505)314-1307
Phone: 505-314-1310
Email: docketing@olpatentlaw.com
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent via US Mail.*
Correspondent Name: ORTIZ & LOPEZ, PLLC
Address Line 1: P.O. BOX 4484
Address Line 4: ALBUQUERQUE, NEW MEXICO 87196-4484

| | |
|---|---|
| ATTORNEY DOCKET NUMBER: | 1000-2785 NP1 |
| NAME OF SUBMITTER: | Kermit D. Lopez |

Total Attachments: 1
source=1000-2785-NP1_Assignment#page1.tif

501753617

PATENT
REEL: 027377 FRAME: 0493

## ASSIGNMENT

**Attorney Docket No.: 1000-2785 NP1**

The undersigned is/are the named inventor(s) (the "Inventor(s)") on a United States provisional patent application entitled **VOICE ALERT METHODS, SYSTEMS AND PROCESSOR-READABLE MEDIA** (the "Application") for inventions disclosed or claimed therein (the "Invention(s)"), which Application:

- ☒ is being executed concurrently herewith,
- ☐ was first executed on
- ☐ was filed on ________ as Application Number ________.
- ☒ claims the benefit of U.S. Provisional Application(s) No. **61/489,621** filed **May 24, 2011.**

Verna IP Holdings, LLC ("Verna IP Holdings"), a New Mexico company, having an address at 117 Bryn Mawr Dr., S.E., Albuquerque, NM 87106, on behalf of itself, its successors and assigns, and its legal representatives, is entitled to all rights in the Application and the Invention(s), and the full cooperation of the Inventor(s).

For valuable consideration, the receipt of which is hereby acknowledged, the Inventor(s) hereby sell(s), assign(s), and transfer(s) to Verna IP Holdings, the entire and exclusive right, title and interest in the Application and the Invention(s), in and for the United States, its territories, and all foreign countries, including any continuation applications, continuation-in-part, divisional, foreign counterparts, PCT (Patent Cooperation Treaty) and any patents that issue from such applications; and

(1) request the U.S. Commissioner of Patents to issue all U.S. Letters Patent granted thereon to Verna IP Holdings;
(2) agree that Verna IP Holdings may apply for and receive all foreign Letters Patent thereon;
(3) agree to execute all papers and take all actions necessary or desirable in connection therewith requested by Verna IP Holdings; and
(4) authorize Verna IP Holdings to subsequently enter the Application Number on this Assignment, if not already entered above.

**Anthony Verna** Date: December 2, 2011

**Kermit Lopez** Date: December 2, 2011

December 2, 2011

Luis M. Ortiz

**PATENT**