# EXHIBIT 6

RAMEY LLP

February 17, 2026

Clearly IP
3255 W Highview Drive
Appleton, WI 54914

**RE: Offer to Settle Prior to Litigation and Pre-Service of Summons, Verna IP v. Clearly IP**

Dear Sir or Madam:

We write this letter to propose an early-stage settlement of $149,000.00 before either party has incurred substantial expense. To facilitate settlement discussions, we have not served a summons with this complaint. Therefore, there is no required answer date yet. Please contact me by e-mail at wramey@rameyfirm.com with a copy to jkubiak@rameyfirm.com; litparalegals@rameyfirm.com to discuss how we might resolve this dispute prior to hiring lawyers and spending unnecessary resources. Please reference the case name in the reference line. If we do not hear from you, we will serve the complaint. However, we view this as a good time to try and resolve the case.

We view this early-stage settlement offer not as valuation of the claimed technology but rather as a business transaction that allows us both to minimize the expense of litigation while considering the offer. If you answer the lawsuit or otherwise plead, this offer is rescinded. Please contact us to discuss the settlement offer in more detail or if you have any other questions.

Sincerely,

William P. Ramey, III

713-426-3923
www.rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, TX 77006