# EXHIBIT 8

**Philip Brown**

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Thursday, May 28, 2026 5:11 AM
**To:** Philip Brown; Neil McNabnay
**Cc:** litattorneys; David Conrad; CMAD Group; James Mullen; LitParalegals@rameyfirm.com; Paul Doolittle
**Subject:** RE: Verna IP v. Clearly IP - Motion to Reform

Hi Philip,

I am copying Paul Doolittle on this e-mail so he can see that we have conferred on the motion to reform and you are opposed.

Let me know if you have any questions.

Bill

---

**From:** William Ramey
**Sent:** Friday, May 22, 2026 11:56 AM
**To:** 'Philip Brown' <pgbrown@fr.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** Litigation Attorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Verna IP v. Clearly IP

Hi Philip,

We are going to move to reform, the contracts in this case, as I thought I mentioned before. We will list you as opposed.

Let me know if your client has changed its mind.

Bill

---

**From:** Philip Brown <pgbrown@fr.com>
**Sent:** Wednesday, May 20, 2026 5:14 PM
**To:** William Ramey <wramey@rameyfirm.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** Litigation Attorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Verna IP v. Clearly IP

Bill,
Clearly opposes the amendment because it seeks to add allegations for the '932 Patent that were not in the current complaint that Clearly already responded to.

**Philip Brown** *(he/him)*
Associate ■ Fish & Richardson P.C.

**T:** 214 292 4042 | pgbrown@fr.com | Bio

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, May 20, 2026 1:48 PM
**To:** Philip Brown <pgbrown@fr.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** litattorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitParalegals@rameyfirm.com
**Subject:** RE: Verna IP v. Clearly IP

Here it is:

---

**From:** Philip Brown <pgbrown@fr.com>
**Sent:** Wednesday, May 20, 2026 2:46 PM
**To:** William Ramey <wramey@rameyfirm.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** Litigation Attorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Verna IP v. Clearly IP

Bill,
Can you share what the amendment is in that case? Or share the new complaint? We'll need to check with our client, but I'm not sure we can get you an answer quickly without knowing what is in the amendment.

Feel free to give me a call.

**Philip Brown** *(he/him)*
Associate ■ Fish & Richardson P.C.

**T:** 214 292 4042 | pgbrown@fr.com | Bio

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, May 20, 2026 1:39 PM
**To:** Philip Brown <pgbrown@fr.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** litattorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitParalegals@rameyfirm.com
**Subject:** RE: Verna IP v. Clearly IP

No, same patents, no new patents.

---

**From:** Philip Brown <pgbrown@fr.com>
**Sent:** Wednesday, May 20, 2026 2:26 PM
**To:** William Ramey <wramey@rameyfirm.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** Litigation Attorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Verna IP v. Clearly IP

Bill,
Can you clarify what you mean by this? Does Verna intend to change the asserted patent?

If it would be easier to discuss, I'm generally available tomorrow, or we can find a time next week.

**Philip Brown** *(he/him)*
Associate ■ Fish & Richardson P.C.

**T:** 214 292 4042 | pgbrown@fr.com | Bio

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, May 20, 2026 1:20 PM
**To:** Philip Brown <pgbrown@fr.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** litattorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitParalegals@rameyfirm.com
**Subject:** RE: Verna IP v. Clearly IP

Hi Philip,

Verna is going to file an amended complaint to align with the other complaints. Let me know if you want to discuss.

Bill

---

**From:** Philip Brown <pgbrown@fr.com>
**Sent:** Wednesday, May 13, 2026 4:23 PM
**To:** William Ramey <wramey@rameyfirm.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** Litigation Attorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitigationParalegals <LitParalegals@rameyfirm.com>
**Subject:** RE: Verna IP v. Clearly IP

Bill,
Clearly is unopposed if Verna will agree to a commensurate extension for reply.

**Philip Brown** *(he/him)*
Associate ■ Fish & Richardson P.C.

**T:** 214 292 4042 | pgbrown@fr.com | Bio

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Wednesday, May 13, 2026 2:14 PM
**To:** Philip Brown <pgbrown@fr.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** litattorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>; LitParalegals@rameyfirm.com
**Subject:** RE: Verna IP v. Clearly IP
**Importance:** High

Hi Philip,

We are going to move for a two-week extension of time to respond to the motion to dismiss due to workload and we want to align the responses.

Can we list your client as unopposed?

Thanks,

Bill

---

**From:** Philip Brown <pgbrown@fr.com>
**Sent:** Monday, April 27, 2026 7:10 PM
**To:** William Ramey <wramey@rameyfirm.com>; Neil McNabnay <McNabnay@fr.com>
**Cc:** Litigation Attorneys <litattorneys@rameyfirm.com>; David Conrad <Conrad@fr.com>; James Mullen <mullen@fr.com>
**Subject:** RE: Verna IP v. Clearly IP

Bill,

Please see my email from April 24. Additionally, we did not receive any letter for Clearly in this case. Can you please provide us with a copy?

Philip

**Philip Brown** *(he/him)*
Associate ■ Fish & Richardson P.C.

**T:** 214 292 4042 | pgbrown@fr.com | Bio

---

**From:** William Ramey <wramey@rameyfirm.com>
**Sent:** Monday, April 27, 2026 1:08 PM
**To:** Neil McNabnay <McNabnay@fr.com>; Philip Brown <pgbrown@fr.com>
**Cc:** litattorneys <litattorneys@rameyfirm.com>
**Subject:** Verna IP v. Clearly IP

[This email originated outside of F&R.]

Hi Neil,

My client asked me to reach out and see if your client had a counter to our opening offer of $149,000, as offered in the letter.

Let me know if you would like to discuss.

Bill

William P. Ramey, III

RAMEY LLP
446 Heights Blvd., Suite 200
Houston, Texas 77007
(713) 426-3923
(832) 900-4941 (facsimile)

This communication is CONFIDENTIAL and may be privileged. If you are not the intended recipient, please notify me immediately and delete this message. Further disclosure or copying of any portion of this message is unauthorized.

************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************************

************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************************

************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************************

************************************************************************************************************************
This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************************

************************************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.
************************************************************************************************************************