# EXHIBIT 9

## INTRODUCTION AND METHODOLOGY

The AIPLA Economic Survey plays a vital role in shaping how intellectual property professionals understand market trends and economic benchmarks within their field. By collecting and analyzing compensation levels, billing practices, and firm demographics, the survey offers a data-driven snapshot of the evolving IP legal landscape. For decades, practitioners have used it to evaluate their earnings and fees against national patterns, while firms gain insights which support strategic planning and resource allocation. Additionally, scholars and policy advocates turn to its findings to assess broader trends and the profession's response to legal and technological change, making it a cornerstone of informed discussion within the IP community.

To collect this important data, two online surveys fielded: one for firms and one for individuals. The firm study fielded from March 14-May 28th, 2025, and gathered a total of 86 responses. The individual survey fielded from March 14-May 29, 2025, and gathered a total of 632 responses. A response rate cannot be calculated because the survey was distributed both through individual email invitations and a broadly shared public link. As a result, the total number of people who had the opportunity to participate is unknown, which is necessary to determine a response rate.

A complete and thorough analysis was conducted to arrive at the findings, conclusions, and recommendations included in this report. All data was tested for significant differences at the 95% confidence level. Throughout this report, graphs and charts may not add to 100% due to rounding. In some instances, throughout this report, the number of respondents differs from the total number of responses as some questions branched and were only seen by a subset of respondents based on their previous answers. Furthermore, participants were given the choice to select "Prefer not to answer" or skip questions, these are not included in the calculations.

Each chart heading includes the title, response size for that particular question, and the corresponding question number. Notations beginning with an "QI" refer to questions in the "Individual" survey and notations beginning with an "QF" refer to questions in the "Firm" survey. Complete questionnaires for the surveys can be found in Appendix C and D.

Sample sizes for all questions have been reported in the charts, though caution should be applied when interpreting any question with 30 or fewer responses as quantitative. In a few cases, displaying solo practitioner data or data from firms with 100 or more IP attorneys or patent agents have been omitted from charts because their samples size was one or nil.

## CHANGES TO THE SURVEY IN 2025

In the 2024 questionnaire, new questions were added regarding corporate incentives for inventors as well as a question regarding medical benefits and professional development support provided by firms. Additionally, in early 2025, two cognitive interviews were conducted with AIPLA members using the existing questionnaire. The goal of these conversations was to identify ways to streamline the existing survey, including changes in how questions were answered, eliminating non-valuable questions, and modifying question responses to strengthen the research instrument. As a result – combined with feedback from the advisory board – the following additional changes were made to the 2025 survey:

### Firm survey

- Previously, when asking about gender identify, the survey offered, "Other," for those identifying as neither male nor female. This was updated to say, "Another gender identity."
- Where "race" was asked previously, it was updated to say, "ethnicity/race."



Case 1:26-cv-00261-BBC Filed 10/27/26 Page 2 of 13 Document 24-9




| | 2000 | 2002 | 2004 | 2006 | 2008 | 2010 | 2012 | 2014 | 2016 | 2018 | 2020 | 2022 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All respondents | $160 | $175 | $187 | $200 | $200 | $205 | $210 | $237 | $246 | $255 | $260 | $254 | $252 |
| Solo | $200 | $170 | $160 | $200 | $161 | $169 | $167 | $167 | $172 | $151 | $180 | $192 | $140 |
| Partner | $286 | $300 | $300 | $345 | $415 | $374 | $400 | $400 | $420 | $400 | $405 | $420 | $400 |
| Partner-Track | $130 | $140 | $137 | $145 | $165 | $165 | $170 | $173 | $198 | $200 | $208 | $205 | $200 |




| | 2000 | 2002 | 2004 | 2006 | 2008 | 2010 | 2012 | 2014 | 2016 | 2018 | 2020 | 2022 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| All respondents | $160 | $175 | $187 | $200 | $200 | $205 | $210 | $237 | $246 | $255 | $260 | $254 | $252 |
| Private | $180 | $190 | $200 | $215 | $210 | $210 | $225 | $250 | $260 | $264 | $273 | $270 | $272 |
| Corporate | $150 | $165 | $180 | $189 | $200 | $214 | $211 | $240 | $243 | $270 | $275 | $260 | $273 |

### Cash Bonuses

In 2024, IP lawyers and patent agents' cash bonuses roughly amount to 10% of their gross income.






### Litigation-Patent Infringement, All Varieties

In each of the following, "total cost" is representative all costs related to a single IP asset (i.e., one patent at issue, one trademark, etc.), including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses.

Estimates are reflective of the total cost of patent infringement action of the following varieties (i) through the initial case management, (ii) inclusive of discovery, motions, and claim construction, (iii) inclusive of pre-trial, trial, post-trial, and appeal (when applicable), and (iv) for actions in which the dispute was resolved through mediation, what was the cost of the action up through mediation. For purposes of this question, “at risk” refers to the financial impact of an adverse judgment. Breakdowns by quartiles can be found in the Appendix.

**MEDIAN LITIGATION COSTS: Patent Infringement, All Varieties (in dollars)**

| | 2014 | 2016 | 2018 | 2020 | 2022 | 2024 |
|---|---|---|---|---|---|---|
| **Less than $1 million at risk** | | | | | | |
| Initial case management | - | 25,000 | 50,000 | 50,000 | 28,000 | 25,000 |
| Inclusive of discovery, motions, and claim construction | 400,000 | 250,000 | 250,000 | 300,000 | 300,000 | 250,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 600,000 | 500,000 | 700,000 | 675,000 | 600,000 | 450,000 |
| Cost if dispute was resolved through mediation/arbitration | 100,000 | 25,000 | 40,000 | 35,000 | 175,000 | 125,000 |
| **$1 million to less than $10 million at risk** | | | | | | |
| Initial case management | - | 60,000 | 80,000 | 75,000 | 100,000 | 50,000 |
| Inclusive of discovery, motions, and claim construction | 950,000 | 550,000 | 600,000 | 650,000 | 600,000 | 450,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 2,000,000 | 1,000,000 | 1,500,000 | 1,000,000 | 1,000,000 | 750,000 |
| Cost if dispute was resolved through mediation/arbitration | 200,000 | 50,000 | 50,000 | 75,000 | 300,000 | 250,000 |
| **$10 million to less than $25 million at risk** | | | | | | |
| Initial case management | - | 100,000 | 150,000 | 113,000 | 150,000 | 75,000 |
| Inclusive of discovery, motions, and claim construction | 1,900,000 | 1,000,000 | 1,225,000 | 1,000,000 | 1,500,000 | 750,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 3,100,000 | 2,000,000 | 2,700,000 | 3,000,000 | 3,000,000 | 2,000,000 |
| Cost if dispute was resolved through mediation/arbitration | 250,000 | 75,000 | 80,000 | 80,000 | 400,000 | 325,000 |
| **$25 million or more at risk** | | | | | | |
| Initial case management | - | 138,000 | 250,000 | 250,000 | 200,000 | 125,000 |
| Inclusive of discovery, motions, and claim construction | 3,000,000 | 1,700,000 | 2,375,000 | 2,125,000 | 1,500,000 | 2,000,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 5,000,000 | 3,000,000 | 4,000,000 | 4,000,000 | 3,625,000 | 3,500,000 |
| Cost if dispute was resolved through mediation/arbitration | 300,000 | 100,000 | 100,000 | 150,000 | 450,000 | 650,000 |



Average Litigation Costs-Patent Infringement, All Varieties (n=34, QI111-QI114)
Less than $1 million at risk
$1 million to less than $10 million at risk
$10 million to less than $25 million at risk
$25 million or more at risk
Initial case management
$30,900
$76,200
$124,000
$221,300
Inclusive of discovery, motions, and claim construction
$297,200
$877,300
$1,105,500
$3,437,500
Inclusive of pre-trial, trial, post-trial, and appeal
$665,500
$1,347,200
$2,301,200
$3,640,200
Cost if dispute was resolved through mediation/arbitration
$204,300
$338,100
$653,600
$1,083,300
$-
$1,000,000
$2,000,000
$3,000,000
$4,000,000

### Litigation-Pursuant to the Hatch-Waxman Act

| MEDIAN LITIGATION COSTS: Litigation-Pursuant to the Hatch-Waxman Act | | | | | | |
|---|---|---|---|---|---|---|
| | 2014 | 2016 | 2018 | 2020 | 2022 | 2024[2] |
| **Less than $1 million at risk** | | | | | | |
| Initial case management | -- | $25,000 | $150,000 | $150,000 | $114,000 | -- |
| Inclusive of discovery, motions, and claim construction | $350,000 | $163,000 | $400,000 | $400,000 | $400,000 | -- |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | $650,000 | $250,000 | $900,000 | $900,000 | $900,000 | -- |
| Cost if dispute was resolved through mediation/arbitration | $75,000 | $40,000 | $100,000 | $100,000 | $100,000 | -- |
| **$1 million to less than $10 million at risk** | | | | | | |
| Initial case management | -- | $50,000 | $250,000 | $200,000 | $206,000 | |
| Inclusive of discovery, motions, and claim construction | $1,000,000 | $300,000 | $1,000,000 | $1,000,000 | $1,625,000 | -- |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | $1,500,000 | $288,000 | $2,500,000 | $2,500,000 | $5,000,000 | -- |
| Cost if dispute was resolved through mediation/arbitration | $200,000 | $68,000 | $100,000 | $100,000 | $108,000 | -- |
| **$10 million to less than $25 million at risk** | | | | | | |
| Initial case management | -- | $80,000 | $250,000 | $250,000 | $293,000 | -- |
| Inclusive of discovery, motions, and claim construction | $1,500,000 | $400,000 | $2,000,000 | $2,000,000 | $2,625,000 | -- |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | $3,000,000 | $750,000 | $3,500,000 | $3,500,000 | $5,250,000 | -- |
| Cost if dispute was resolved through mediation/arbitration | $200,000 | $65,000 | $150,000 | $150,000 | $135,000 | -- |
| **$25 million or more at risk** | | | | | | |
| Initial case management | -- | $100,000 | $400,000 | $400,000 | $275,000 | -- |
| Inclusive of discovery, motions, and claim construction | $3,000,000 | $500,000 | $3,000,000 | $3,000,000 | $2,500,000 | -- |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | $5,000,000 | $1,100,000 | $5,000,000 | $5,000,000 | $3,000,000 | -- |
| Cost if dispute was resolved through mediation/arbitration | $175,000 | $125,000 | $150,000 | $150,000 | $188,000 | -- |

[2] Too few responses were collected 2024 for this question to be included in this chart.

### Litigation-Defending Claims of Patent Infringement by Non-practicing Entity

| MEDIAN LITIGATION COSTS: Litigation – Defending Claims of Patent Infringement by Non-practicing Entity (in dollars) | | | | | | |
|---|---|---|---|---|---|---|
| | 2014 | 2016 | 2018 | 2020 | 2022 | 2024 |
| **Less than $1 million at risk** | | | | | | |
| Initial case management | - | 25,000 | 40,000 | 50,000 | 45,000 | 35,000 |
| Inclusive of discovery, motions, and claim construction | 300,000 | 200,000 | 250,000 | 350,000 | 325,000 | 200,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 500,000 | 500,000 | 750,000 | 725,000 | 750,000 | 550,000 |
| Cost if dispute was resolved through mediation/arbitration | 100,000 | 25,000 | 45,000 | 50,000 | 108,000 | 75,000 |
| **$1 million to less than $10 million at risk** | | | | | | |
| Initial case management | - | 50,000 | 75,000 | 75,000 | 88,000 | 50,000 |
| Inclusive of discovery, motions, and claim construction | 570,000 | 500,000 | 750,000 | 500,000 | 800,000 | 450,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 1,000,000 | 850,000 | 1,875,000 | 1,750,000 | 1,500,000 | 1,350,000 |
| Cost if dispute was resolved through mediation/arbitration | 133,000 | 35,000 | 50,000 | 63,000 | 150,000 | 300,000 |
| **$10 million to less than $25 million at risk** | | | | | | |
| Initial case management | - | 55,000 | 125,000 | 100,000 | 150,000 | 75,000 |
| Inclusive of discovery, motions, and claim construction | 1,200,000 | 710,000 | 1,500,000 | 1,500,000 | 1,450,000 | 800,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 2,000,000 | 1,250,000 | 3,000,000 | 3,000,000 | 3,200,000 | 2,250,000 |
| Cost if dispute was resolved through mediation/arbitration | 200,000 | 50,000 | 90,000 | 75,000 | 175,000 | 350,000 |
| **$25 million or more at risk** | | | | | | |
| Initial case management | - | 100,000 | 200,000 | 400,000 | 240,000 | 125,000 |
| Inclusive of discovery, motions, and claim construction | 2,000,000 | 1,100,000 | 2,500,000 | 2,500,000 | 2,000,000 | 1,300,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 3,750,000 | 2,000,000 | 4,500,000 | 4,000,000 | 3,875,000 | 4,000,000 |
| Cost if dispute was resolved through mediation/arbitration | 213,000 | 63,000 | 100,000 | 120,000 | 250,000 | 515,000 |


Average Litigation Costs-Defending Claims of Patent Infringement by Non-practicing Entity (n=22, QI119-QI122)
Less than $1 million at risk
$1 million to less than $10 million at risk
$10 million to less than $25 million at risk
$25 million or more at risk
Initial case management
$56,800
$75,300
$163,300
$232,900
Inclusive of discovery, motions, and claim construction
$321,100
$936,700
$1,571,400
$2,210,000
Inclusive of pre-trial, trial, post-trial, and appeal
$876,300
$1,819,700
$2,803,600
$4,234,300
Cost if dispute was resolved through mediation/arbitration
$161,400
$358,200
$955,500
$1,315,500
$-
$1,000,000
$2,000,000
$3,000,000
$4,000,000
$5,000,000

## Litigation-Section 337 Patent Infringement Action in the International Trade Commission

| MEDIAN LITIGATION COSTS: Patent Infringement, Section 337 (in dollars) | | | | | | |
|---|---|---|---|---|---|---|
| | **2014** | **2016** | **2018** | **2020** | **2022** | **2024** |
| **Less than $1 million at risk** | | | | | | |
| Initial case management | - | 50,000 | 100,000 | 100,000 | 250,000 | 100,000 |
| Inclusive of discovery, motions, and claim construction | 500,000 | 200,000 | 400,000 | 400,000 | 575,000 | 525,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 750,000 | 250,000 | 750,000 | 750,000 | 1,150,000 | 1,100,000 |
| Cost if dispute was resolved through mediation/arbitration | 100,000 | 30,000 | 50,000 | 50,000 | 93,000 | 300,000 |
| **$1 million to less than $10 million at risk** | | | | | | |
| Initial case management | - | 100,000 | 250,000 | 250,000 | 350,000 | 125,000 |
| Inclusive of discovery, motions, and claim construction | 1,000,000 | 500,000 | 2,000,000 | 2,000,000 | 2,000,000 | 975,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 1,600,000 | 675,000 | 4,000,000 | 4,000,000 | 4,000,000 | 2,125,000 |
| Cost if dispute was resolved through mediation/arbitration | 113,000 | 50,000 | 100,000 | 100,000 | 150,000 | 300,000 |
| **$10 million to less than $25 million at risk** | | | | | | |
| Initial case management | - | 120,000 | 300,000 | 300,000 | 325,000 | 200,000 |
| Inclusive of discovery, motions, and claim construction | 2,000,000 | 1,000,000 | 4,000,000 | 4,625,000 | 3,750,000 | 1,625,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 4,000,000 | 1,300,000 | 6,000,000 | 6,500,000 | 5,250,000 | 3,625,000 |
| Cost if dispute was resolved through mediation/arbitration | 150,000 | 50,000 | 150,000 | 150,000 | 200,000 | 350,000 |
| **$25 million or more at risk** | | | | | | |
| Initial case management | - | 275,000 | 500,000 | 500,000 | 500,000 | 275,000 |
| Inclusive of discovery, motions, and claim construction | 3,250,000 | 1,875,000 | 5,500,000 | 4,000,000 | 3,865,000 | 2,500,000 |
| Inclusive of pre-trial, trial, post-trial, and appeal (when applicable) | 5,000,000 | 2,000,000 | 8,000,000 | 8,125,000 | 4,500,000 | 4,500,000 |
| Cost if dispute was resolved through mediation/arbitration | 250,000 | 75,000 | 150,000 | 150,000 | 225,000 | 450,000 |

## Average Litigation Costs-Section 337 Patent Infrigement Action in the International Trade Commission (n=11, QI123-QI126)




## Perceived Correlation Between the Amount at Risk in a Patent Infringement Action and the Overall Attorney Hours Required to Litigate the Action (n=198, QI127)




## Comparison Between the Total Cost of Asserting a Patent Infringement Action to the Total Cost of Defending Such an Action (n=181, QI128)



### Litigation: IPD, PGR By Technology

The following estimations represent the total cost of filing or defending a petition for a post-grant proceeding, e.g., Inter Partes Review (IPR) or Post Grant Review (PGR), filed in the United States Patent Trial Appeal Board (PTAB) (i) through filing the petition for review, including expert fees, but excluding PTAB filing fees and prior art searching, (ii) through the end of motion practice, including discovery, analyzing patent owner response(s), reply briefing, expert fees, and other motion practice such as discovery motions or motions to amend, (iii) through the PTAB hearing, and (iv) through appeal to the federal court(s).

| MEDIAN LITIGATION COSTS: By Technology (in dollars) | | | | | | |
|---|---|---|---|---|---|---|
| | 2014 | 2016 | 2018 | 2020 | 2022 | 2024 |
| **PGR/IPR – Life Sciences** | | | | | | |
| Through filing petition | - | - | 150,000 | 225,000 | 200,000 | 175,000 |
| Through end of motion practice | - | - | 325,000 | 350,000 | 400,000 | 400,000 |
| Through PTAB hearing | - | - | 450,000 | 500,000 | 600,000 | 500,000 |
| Through appeal | - | - | 650,000 | 650,000 | 800,000 | 750,000 |
| **PGR/IPR – Electrical/Computer** | | | | | | |
| Through filing petition | - | - | 105,000 | 120,000 | 150,000 | 150,000 |
| Through end of motion practice | - | - | 275,000 | 250,000 | 250,000 | 200,000 |
| Through PTAB hearing | - | - | 325,000 | 310,000 | 350,000 | 355,000 |
| Through appeal | - | - | 450,000 | 450,000 | 500,000 | 500,000 |
| **PGR/IPR – Mechanical** | | | | | | |
| Through filing petition | - | - | 100,000 | 120,000 | 100,000 | 100,000 |
| Through end of motion practice | - | - | 238,000 | 270,000 | 250,000 | 200,000 |
| Through PTAB hearing | - | - | 300,000 | 350,000 | 350,000 | 300,000 |
| Through appeal | - | - | 400,000 | 500,000 | 500,000 | 350,000 |


Average Costs of Filings or Defending a Petition for a Post-Grant Proceeding by Technology (n=22, QI129-QI131)
Through filing petition
Through end of motion practice
Through PTAB hearing
Through appeal
PGR/IPR - Mechanical
$117,300
$226,200
$315,700
$457,600
PGR/IPR - Electrical/Computer
$154,000
$262,100
$360,300
$523,400
PGR/IPR - Life Sciences
$205,400
$414,100
$602,300
$833,600
$-
$500,000
$1,000,000


Comparison Between the Total Cost of Filing a Petition for Post-grant Proceeding (IPR or PGR) and Defending Such an Action (n=60, QI132)
More
About the same
Less
18%
38%
43%