# EXHIBIT 10

# AIPLA 2023

## Report of the Economic Survey

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

**American Intellectual Property Law Association**
1400 Crystal Drive, Suite 600
Arlington, VA 22202

www.aipla.org

AIPLA
American Intellectual Property Law Association

# Report of the Economic Survey 2023

**Prepared Under Direction of the**
**American Intellectual Property Law Association**
**Law Practice Management Committee**

**Nicholas Camillo, Chair**

**October 2023**

**Prepared by:**


ARI Association Research, Inc.

10097 Tyler Court, Suite 3 ■ Ijamsville, Maryland 21754
TEL: (240) 268-1262 ■ ARI@associationresearch.com

## AIPLA Law Practice Management 2023 Economic Survey Participants

**We would like to thank those who helped put together and review this year's AIPLA Economic Survey:**

**Nicholas Camillo**: Volkswagen Group of America – Chair of LPM Committee

**Sarah Knight**: Talem IP Law – Vice Chair of LPM Committee

**Ryan Dean**: Umberg Zipser, LLP, Co-Chair – Economic Survey Subcommittee

**John Gorecki**: Anderson Gorecki, LLP, Co-Chair – Economic Survey Subcommittee

**Angela Grayson**: University of Mississippi Medical Center – Board Liaison

---

### Economic Survey Subcommittee Members:

**Ryan Dean**: Umberg Zipser, LLP – Co-Chair

**John Gorecki**: Anderson Gorecki, LLP – Co-Chair

**Ashraf Abdul-Mohsen**: ARI

**Megan Kirkegaard**: ARI

**Ariella Gordon**: AIPLA

**Meghan Donohoe**: AIPLA

---

©2023 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

PROVIDED DIGITALLY TO MEMBERS COMPLIMENTARY
PRINTED COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $75 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All U.S. AIPLA members, with the exception of student members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2023 AIPLA Economic Survey was successfully sent to 5,866 AIPLA members. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. AIPLA also sent out promotional emails with survey links. Similar to past years, additional efforts were made to collect the Firm Survey data. Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 706 individuals responded by completing some or all of the Individual questionnaire, yielding a 12.0% response rate which is slightly higher than the 10.8% response rate in 2021. Additional efforts to gather data for the Firm portion of the survey garnered 157 responses – slightly lower than the 165 received in 2021.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

In Part I of the **2023 Individual Survey**, questions about COVID-19 were removed or revised, in particular those related to remote working. One new question asked about the number of miles between respondents' remote work location and their office location. Mixed race replaced blended as an option to the ethnicity question, while new categories were added to a few other questions. More specifically, privacy/cybersecurity was added to the question that reports the percentage of time devoted to various practice areas, and design was added as a category for the technical specialization time spent.

For the questions related to litigation, the line item related to mediation was rephrased. In 2021, it was phrased as the "cost of mediation" and this year it was revised to say "cost if dispute was resolved through mediation."

References to the COVID-19 pandemic were removed from the **2023 Firm Survey** and questions related to remote work, office space and summer associates were rephrased and/or expanded. Firm respondents were asked if they were a solo practitioner, and the gender and ethnicity questions were expanded to include detail related to the specific positions held by professionals who primarily practice IP.

Additional detail was included in the question related to services outsourced, responding law firms were asked if artificial intelligence (AI) tools were used when the service was not outsourced. Litigation services was also added as a service category for this question.

A question that asked firm respondents to report the number of associates promoted in 2022 to non-equity partner and equity partner was added along with a question that asks for the average salary for an IP paralegal. Privacy/cybersecurity was added as a line item to the question regarding the firm's 2022 IP billings, while two questions were incorporated into the survey to address cyber liability insurance.

The Marketing section of the firm survey was removed this year and was replaced with an expanded and more detailed question regarding associates "billable hour" credit toward their billing requirement for time spent performing various activities. These activities were listed separately, whereas previously this question was related to the "billable hour" credit toward their billing requirement for the total time spent marketing and participating in bar associations or professional organizations. Three categories for time spent were added to this list of activities, including pro bono work, RFP process, and newsletter drafting.

A few changes to the report include removing the 10th and 90th percentiles from various tables run for the Individual Survey. This decision was made because of high variability in the data combined with low counts in some categories. Additionally, the tables displaying the 2022 gross income and 2023 expected gross income *only* include full-time respondents this year; summary tables for part-time respondents have been added in the appendix, see page I-8. It is worth noting that there were two private firm, non-partner track part-time respondents whose part-time data is not shown in those summary tables for confidentiality reasons. There also wasn't any part-time income reported this year for the corporate IP department heads or for the corporate IP attorneys. Note, that all other data are run using all applicable respondents, and table breakouts using the 2022 gross income include all 2022 respondent income regardless of employment status. All previous survey data includes all respondents regardless of employment status including the gross income data.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

A minimum of three responses is required to show mean and median values. **The term "ISD" is used to show insufficient data.** Similar to the past few reports, table rows with one or two respondents have been omitted to protect the anonymity of respondents, and tables with no valid rows have likewise been omitted. In general, tables with less than 20 respondents overall were not shown in order to maintain statistical reliability of the data; however, exceptions were made, and some tables were included despite having fewer than 20 respondents overall. Location tables that display data for typical charges and litigation related matters were deleted when there were less than 20 respondents. The corresponding charges and litigation tables with data displayed by number of attorneys were kept.

**Quartiles:** Quartiles are used to show distributions of real numbers. Responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three-quarters) of the reported values and the first quartile identifies the point on the list that is equal to or less than 25 percent (one-quarter).

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point.
A median is shown when three or more values were reported by respondents. The first and third quartiles are shown when four or more values were reported by respondents. Quartiles and medians based on values

reported by survey respondents are estimates of the quartiles and medians that could be determined if the characteristics of the entire population represented by survey respondents were known. In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):** The mean is shown when three or more values were reported by respondents. It is equal to the sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values affect the calculations. It is also possible, especially with a small number of values, for the mean to exceed the third quartile.

Percentages in some tables and graphs may not sum exactly due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:** Defined as *"total gross income in calendar year 2022 from your primary practice…including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2022."*

**Typical Charges:** Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (i.e., an attorney in private practice) or as a purchaser of such services (i.e., corporate counsel)."* When reporting, respondents were directed to assume *"a typical case with no unusual complications,"* and were asked *"what did you charge (or would have charged, e.g., based on a fixed fee rate schedule) or what were you charged (or would have expected to be charged, e.g., based on a fixed fee rate schedule), in 2022, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?" Respondents were also asked to indicate the type of fee primarily used in 2022 (i.e., fixed fee, hourly, other).*

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark, etc.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. Texas is the one state reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude those named metropolitan areas.

## Minimum and maximum 2022 attorney billing rates for IP work (Q31a-Q31b)

| Number of Attorneys/Location | | | Number of Firms Reporting | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
|---|---|---|---|---|---|---|---|
| Minimum billing rate for IP work | All Firms | | 120 | $322 | $233 | $300 | $400 |
| | Number of Attorneys | One | 22 | $335 | $196 | $375 | $429 |
| | | Two | 12 | $321 | $210 | $335 | $423 |
| | | 3-5 | 24 | $351 | $250 | $375 | $421 |
| | | 6-10 | 17 | $311 | $273 | $325 | $350 |
| | | 11-30 | 21 | $290 | $198 | $250 | $325 |
| | | 31-100 | 12 | $263 | $193 | $263 | $300 |
| | | 101 or More | 12 | $368 | $301 | $355 | $409 |
| | Location | Boston CMSA | 5 | $407 | $298 | $400 | $520 |
| | | NYC CMSA | 13 | $360 | $325 | $350 | $400 |
| | | Philadelphia CMSA | 5 | $296 | $155 | $350 | $410 |
| | | Washington, DC CMSA | 9 | $391 | $318 | $400 | $459 |
| | | Other East | 5 | $288 | $183 | $275 | $400 |
| | | Metro Southeast | 14 | $340 | $270 | $350 | $431 |
| | | Other Southeast | 6 | $283 | $188 | $300 | $363 |
| | | Chicago CMSA | 8 | $393 | $275 | $348 | $445 |
| | | Minne.-St. Paul PMSA | 4 | $279 | $190 | $275 | $371 |
| | | Other Central | 21 | $252 | $183 | $230 | $318 |
| | | Texas | 13 | $326 | $228 | $300 | $413 |
| | | San Francisco CMSA | 5 | $346 | $275 | $300 | $440 |
| | | Other West | 11 | $273 | $200 | $275 | $320 |
| Maximum billing rate for IP work | All Firms | | 120 | $621 | $425 | $550 | $724 |
| | Number of Attorneys | One | 22 | $426 | $350 | $410 | $525 |
| | | Two | 12 | $482 | $413 | $473 | $544 |
| | | 3-5 | 24 | $540 | $405 | $500 | $608 |
| | | 6-10 | 17 | $588 | $425 | $550 | $723 |
| | | 11-30 | 21 | $633 | $505 | $600 | $688 |
| | | 31-100 | 12 | $837 | $678 | $775 | $974 |
| | | 101 or More | 12 | $1,090 | $790 | $1,023 | $1,294 |
| | Location | Boston CMSA | 5 | $947 | $405 | $1,000 | $1,463 |
| | | NYC CMSA | 13 | $612 | $475 | $610 | $738 |
| | | Philadelphia CMSA | 5 | $752 | $345 | $995 | $1,038 |
| | | Washington, DC CMSA | 9 | $523 | $413 | $500 | $645 |
| | | Other East | 5 | $504 | $348 | $375 | $725 |
| | | Metro Southeast | 14 | $523 | $484 | $525 | $596 |
| | | Other Southeast | 6 | $448 | $399 | $448 | $500 |
| | | Chicago CMSA | 8 | $731 | $450 | $690 | $974 |
| | | Minne.-St. Paul PMSA | 4 | $723 | $463 | $643 | $1,063 |
| | | Other Central | 21 | $641 | $368 | $500 | $790 |
| | | Texas | 13 | $593 | $420 | $600 | $660 |
| | | San Francisco CMSA | 5 | $817 | $573 | $750 | $1,095 |
| | | Other West | 11 | $568 | $525 | $550 | $655 |